ARTHUR A. SOMERS, Appellant, v. ANDREW L. SOMERS, Defendant, and FRITZ BRIEGER, Respondent.— In an action to recover damages for conversion, order

granting the motion of defendant Brieger for permission to serve a supplemental answer to the complaint herein, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.